FILED
3/23/2015 11:30:38 AM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Consuelo Gomez

CAUSE NO. 2010-CI-02326

RONALD MENSCH                       §           IN THE DISTRICT COURT
                                    §
VS.                                 §           73RD JUDICIAL DISTRICT
                                    §
STATE FARM FIRE & CASUALTY          §
COMPANY                             §           BEXAR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/23/2015 2:37:02 PM
KEITH E. HOTTLE
Clerk

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Plaintiff RONALD MENSCH, and gives notice of their intent to appeal the judgment in this case.

1.     RONALD MENSCH is Appellant, STATE FARM FIRE & CASUALTY COMPANY is Appellee.

2.     This appeal is made as the trial court granted judgment in favor of STATE FARM FIRE & CASUALTY COMPANY and against RONALD MENSCH on March 5, 2015.

3.     The notice of appeal is due on April 6, 2015.

4.     Plaintiff RONALD MENSCH desires to appeal from this judgment to the Fourth Court of Appeals, San Antonio, Texas.

Respectfully submitted,

Law Offices of Miller & Bicklein
8207 Callaghan Road, Suite 250
San Antonio, Texas 78201
210-366-2400
210-366-4791 fax

By __/s/ MARK A. CEVALLOS_____
  Kevin B. Miller
  kevin@mblaw.org
  State Bar No. 14094500

  Mark A. Cevallos
  mark@mblaw.org
  State Bar No. 24038810

  Attorneys for Plaintiff

## Certificate of Service

By my signature below I hereby certify that a true and correct copy of the forgoing instrument was served pursuant to TRCP 21a on the 23rd day of March, 2015 upon:

Jana Richard
Lindow Stephens Treat LLP
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
(210) 227-2200
(210) 227-4602 fax
mlindow@lstlaw.com
jrichard@lstlaw.com

Attorneys for Defendant
State Farm

_/s/ MARK A. CEVALLOS_____
Mark A. Cevallos